85 F.3d 611
 James F. Alexander, III
v.
Sarah W. Hargrove, Victor Seescholtz, Daniel L. Murphy, as
Regional Director (Region II) of National Credit Union
Administration, James G. Rafferty,as Employee, Agent,
Examiner for National Credit Union Admin., Timothy E.
Biligen, Peter F. Majka, as Agent, Employee of National
Credit Union Admin., National Credit Union Administration,
Keystone Credit Union, Gary W. Stabley, Daniel L.
Hiltebeitel, Faye E. Clarke, David C. Hemingway, Charles W.
 NO. 95-1601
 United States Court of Appeals,
Third Circuit.
 Apr 19, 1996
 Appeal From: E.D.Pa., No. 93-CV-05510
 
 1
 VACATED.